

PENNSYLVANIA: Bethlehem, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
NEW JERSEY: Cherry Hill, Roseland
DELAWARE: Wilmington
OHIO: Cleveland
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK: Long Island, New York City

4200 Crums Mill Road, Suite B · Harrisburg, PA 17112
(717) 651-3500 · Fax (717) 651-9630

Direct Dial: 717-651-3531
Email: cjconrad@mdwcg.com

**FILED ELECTRONICALLY**

February 1, 2013

THE HONORABLE JOHN E. JONES, III
United States District Judge
United States District Court for the Middle District of Pennsylvania
Federal Building and U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108

RE:   Janet Costella v. Central Susquehanna Intermediate Unit
      CIVIL ACTION NO.: 1:12-cv-1506-JEJ

Dear Judge Jones:

During our initial case management conference on October 23, 2012, Your Honor advised counsel that if the parties were inclined to participate in mediation and were able to select a mediator from the Middle District panel, the Court would consider a request by the parties to appoint that mediator. Counsel for Plaintiff and I have conferred and have agreed upon David A. Fitzsimons, Esquire, of Martson Law Offices to serve as our mediator. I spoke

THE HONORABLE JOHN E. JONES, III
February 1, 2013
Page 2

---

with Attorney Fitzsimons this morning, and he advised that he has no conflicts with any of the parties or counsel. Accordingly, we respectfully request that You Honor appoint Attorney Fitzsimons as mediator in this matter.

                                            Respectfully submitted,

                                            *s/Christopher J. Conrad*

                                            Christopher J. Conrad

CJC:mgw

cc:    Geoffrey S. McInroy, Esquire *(via ECF filing only)*
       Owens, Barcavage & McInroy, LLC

05/998994.v1