IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET COSTELLA | : | No. 12cv1506 |
| Plaintiff | : | Judge Jones |
| | : | |
| vs. | : | |
| | : | |
| CENTER FOR SCHOOLS AND | : | |
| COMMUNITIES, et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 13th day of March, 2013, upon consideration of the Motion for Extension of Trial Term (doc. 16), it is hereby ORDERED that the said Motion is GRANTED. This case shall be removed from the November 2013 trial term and placed on the January 2014 term. The case management deadlines are modified in accordance with the Court's calendar and are now as follows:

| | |
|---|---|
| 8/30/13 | Plaintiff expert report deadline. |
| 8/30/13 | Defendant expert report deadline. |
| 9/15/13 | Supplemental expert report deadline. |
| 7/3013 | Discovery cut off. |
| 9/2/13 | Dispositive Motions deadline. |
| 12/2/13 | Pretrial conference - time to be determined. |

1/3/14        Jury Selection at 9:30 a.m.

        BY THE COURT

        <u>s/ John E. Jones III</u>
        John E. Jones III
        United States District Court